May 29, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a covenant to renew a lease.

*William E. C. Mayer* for appellant.

*Alfred J. Gilchrist* and *Jacob Neu* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.

---

PATRICK A. GEOGHEGAN, Respondent, *v.* BERTHA W. CHATTERTON et al., Appellants.

*Geoghegan* v. *Chatterton*, 126 App. Div. 913, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions on the sale of certain real property.

*W. Wickham Smith* for appellants.

*James F. Higgins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Dissenting: WILLARD BARTLETT, J. Absent: CULLEN, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS FREMONTES, Respondent.

*People* v. *Fremontes*, 129 App. Div. 937, affirmed.
(Argued May 17, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 27, 1909, which affirmed a judgment of the Monroe County Court sustaining a demurrer to an indictment charging defendant with certain violations of the Liquor Tax Law.

*Howard H. Widener, District Attorney (William B. Zimmer* of counsel), for appellant.

*Charles E. Bostwick* for respondent.

Judgment affirmed; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.

---

AUSTIN C. TROWBRIDGE, Respondent, *v.* CHARLES M. Coss et al., Appellants.

*Trowbridge* v. *Coss,* 126 App. Div. 679, affirmed.
(Argued May 17, 1909; decided June 1, 1909 )

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1908, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action of partition.

*Nathaniel A. Elsberg* and *Andrew P. McKean* for appellants.

*Arthur C. Rounds* and *David Thornton* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs to respondent in all courts payable out of the estate; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.